# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 14-0036/14-0037

**Caption [use short title]**

**Motion for:** amendment of caption.

New York State Rifle and Pistol Association, Inc. et al. v. Andrew M. Cuomo, Governor of the State of New York et al.

Set forth below precise, complete statement of relief sought:

Appellants seek to amend the caption, as reflected in the accompanying affidavit.

**MOVING PARTY:**      **OPPOSING PARTY:** Andrew M. Cuomo, et al.
  ☐ Plaintiff   ☐ Defendant
  ☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Brian T. Stapleton      **OPPOSING ATTORNEY:** Claude Platton, Esq.
[name of attorney, with firm, address, phone number and e-mail]

| | |
|---|---|
| 11 Martine Ave., 7th Floor | 120 Broadway, 24th Floors |
| White Plains, New York 10606 | New York, New York 10271 |
| (914) 798-5401/bstapleton@goldbergsegalla.com | (212) 416-6511/claude.platton@ag.ny.gov |

**Court-Judge/Agency appealed from:** Chief Judge William M. Skretny

**Please check appropriate boxes:**      **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):
  ☑ Yes   ☐ No (explain):

Has request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Opposing counsel's position on motion:
  ☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
  ☐ Yes ☑ No ☐ Don't Know

Is oral argument on motion requested?   ☐ Yes ☑ No   (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No   If yes, enter date:

**Signature of Moving Attorney:**
/s Brian T. Stapleton    **Date:** August 6, 2014    Service by: ☑ CM/ECF    ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)