UNITED STATES COURT OF APPEALS
for the SECOND CIRCUIT

| | |
|---|---|
| WILLIAM NOJAY, THOMAS GALVIN, ROGER HORVATH, BATAVIA MARINE & SPORTING SUPPLY, NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., WESTCHESTER COUNTY FIREARMS OWNERS ASSOCIATION, INC., SPORTSMEN'S ASSOCIATION FOR FIREARMS EDUCATION, INC., NEW YORK STATE AMATEUR TRAPSHOOTING ASSOCIATION, INC., BEDELL CUSTOM, BEIKIRCH AMMUNITION CORPORATION, BLUELINE TACTICAL & POLICE SUPPLY, LLC, : : : : : : : : : : : : : : | **AFFIDAVIT** <br><br> Docket Nos: 14-0036 <br> 14-0037 |
| Plaintiffs, <br> v. : : : | |
| ANDREW M. CUOMO, Governor of the State of New York; ERIC T. SCHNEIDERMAN, Attorney General of the State of New York; JOSEPH A. D'AMICO, Superintendent of the New York State Police; FRANK A. SEDITA, III, District Attorney for Erie County; and GERALD J. GILL, Chief of Police for the Town of Lancaster, New York, LAWRENCE FRIEDMAN, : : : : : : : : : : : | |
| Defendants. : | |

STATE OF NEW YORK         )
COUNTY OF WESTCHESTER ) SS:
CITY OF WHITE PLAINS       )

1. I am an attorney at law duly licensed to practice in the State of New York and am a partner with the law firm Goldberg Segalla, LLP, counsel to plaintiffs WILLIAM NOJAY, THOMAS GALVIN, ROGER HORVATH, BATAVIA MARINE & SPORTING SUPPLY, NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC., WESTCHESTER COUNTY FIREARMS OWNERS ASSOCIATION, INC., SPORTSMEN'S ASSOCIATION FOR FIREARMS EDUCATION, INC., NEW YORK STATE AMATEUR TRAPSHOOTING ASSOCIATION, INC., BEDELL CUSTOM,

BEIKIRCH AMMUNITION CORPORATION and BLUELINE TACTICAL & POLICE SUPPLY, LLC, in the above-captioned action. As such, I am familiar with the facts and circumstances involved in this litigation.

2. I submit this affidavit in support of Plaintiffs' Unopposed Motion to Amend the Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

3. Plaintiffs' respectfully requests that the caption order of the parties appears as follows: NEW YORK STATE RIFLE AND PISTOL ASSOCIATION, INC.; WESTCHESTER COUNTY FIREARMS OWNERS ASSOCIATION, INC.; SPORTSMEN'S ASSOCIATION FOR FIREARMS EDUCATION, INC.; NEW YORK STATE AMATEUR TRAPSHOOTING ASSOCIATION, INC.; BEDELL CUSTOM; BEIKRICH AMMUNITION CORPORATION; BLUELINE TACTICAL & POLICE SUPPLY, LLC; BATAVIA MARINE & SPORTING SUPPLY; WILLIAM NOJAY; THOMAS GALVIN; AND ROGER HORVATH.

4. The undersigned has conferred with Claude S. Patton of the New York State Attorney General's office about this request, and he does not object to the motion.

Dated: August 8, 2014

           /s/ Brian T. Stapleton
           Brian T. Stapleton, Esq.